**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Larry L. DEFFENBAUGH,
Defendant–Appellant.**

**No. 15–7498.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 22, 2015.

Decided: Jan. 20, 2016.

Larry L. Deffenbaugh, Appellant Pro Se. Joseph Kosky, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Deffenbaugh appeals the district court's orders denying relief on several postjudgment motions filed in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Deffenbaugh,* No. 2:10–cr–00049–HCM–TEM–1 (E.D.Va. filed July 21, 2015 & entered July 22, 2015; Sept. 8, 2015; Sept. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*